UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> EDWARD BASES and <br> JOHN PACILIO | No. 18 CR 48 <br><br><br> Judge John Z. Lee |

## MOTION TO SEAL

The United States of America, by ROBERT A. ZINK, Chief of the Fraud Section, Criminal Division, respectfully requests permission to file a forthcoming motion under seal and on an *ex parte* basis in order to obtain approval to file certain records (the "Records") under seal and *ex parte*.

To obtain permission from the Court to file anything under seal, the party seeking permission must provide the Court with a basis for granting the request. *See* Local Rule 26.2(b). Because of the nature of the Records, the government is unable to explain in this publicly-filed motion its rationale for why it wishes to provide the Records under seal and *ex parte*. Therefore, the government respectfully requests permission to file a separate motion explaining its reasons under seal and on an *ex parte* basis.

Respectfully submitted,

ROBERT A. ZINK
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: */s/ Avi Perry*
Avi Perry, Assistant Chief
Scott Armstrong, Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Telephone: (202) 616-4619
Email: avi.perry@usdoj.gov

Dated: April 13, 2020

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2020, I will cause the foregoing to be electronically field with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                           /s/ *Avi Perry*
                                           Avi Perry, Assistant Chief
                                           U.S. Department of Justice
                                           Criminal Division, Fraud Section